IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MYRON JAMES,** | : |
| Plaintiff, | : |
| vs. | :   CIVIL ACTION 09-0020-WS-C |
| **PHYCHO UNSHAW, et al.,** | : |
| Defendants. | : |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

**DONE** this 17th day of August, 2009.

    s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE